[APRIL TERM, 1798.]

DEN *ex dem.* PANCOAST *against* CURTIS.

The party has until the last day of the term succeeding the publication of an award to except to it; but the argument ought to be brought on the second term.

The publication of the award is the reading and filing it in court.

In this case referees had been appointed, who made report to November term, 1797.

*Griffith,* for plaintiff, moved for judgment, as no reasons had been filed or affidavits served on him, during the vacation, against the award.

*L. H. Stockton,* contra, insisted that by the rules of practice, he was allowed until the last day of the present term to except to the award, this being the term next after the publication of it. 9 & 10 *W.* 3, *c.* 15.

KINSEY, C. J.    This is the correct rule, but the cause ought to be brought to argument the second term.

*Griffith* stated, that under the statute that had been cited, the complaint was to be made "in court, before the last day of the next term after such arbitration made and published to the parties." This award has been made previous to the last September term, and at that time published to the parties, though not read and filed until November term following.

KIRKPATRICK, J.    The publication of a report must be the reading and filing it in court; so that the present is the term next after publication.

*Per Curiam.*    Let the cause stand over until May term.